■ BESTIN REALTY, S.A., Respondent, v SCI CLARIDGE, Appellant. [7 NYS3d 896]—Order, Supreme Court, New York County (Barbara R. Kapnick, J.), entered October 23, 2013, which denied defendant's motion to vacate a default judgment entered against it, unanimously affirmed, without costs.

The court properly denied defendant's motion to vacate the default judgment pursuant to CPLR 5015 (a) (3), because defendant failed to show that plaintiff committed fraud in procuring the judgment. Rather, defendant attempted to show that there was fraud in the underlying transaction (see Nichols v Curtis, 104 AD3d 526, 529 [1st Dept 2013]; Jericho Group, Ltd. v Midtown Dev., L.P., 47 AD3d 463 [1st Dept 2008], lv dismissed 11 NY3d 801 [2008]). Concur—Friedman, J.P., Saxe, Richter and Manzanet-Daniels, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD WATKINS, Appellant. [7 NYS3d 896]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald A. Zweibel, J.), rendered on or about January 11, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Saxe, Richter and Manzanet-Daniels, JJ.